[No. 13738–7–I. Division One. May 19, 1986.]

Con–Vec Corporation, *Plaintiff,* v. L. E. Crostick, et al, *Respondents,* Chris Palzer, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–2–17852–9, Frank J. Eberharter, J., entered August 16, 1985. *Affirmed* by unpublished opinion per Holman, J. Pro Tem., concurred in by Ringold, A.C.J., and Grosse, J.

[No. 14891–5–I. Division One. May 19, 1986.]

The State of Washington, *Respondent,* v. Ron J. Bodey, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 83–1–00466–1, Dennis J. Britt, J., entered May 19, 1984. *Affirmed* by unpublished opinion per Holman, J. Pro Tem., concurred in by Ringold, A.C.J., and Webster, J. Now published at 44 Wn. App. 698.

[Nos. 8128–8–II; 8221–7–II. Division Two. May 20, 1986.]

The State of Washington, *Respondent,* v. David E. Hyde, *Appellant.*

Appeals from judgments of the Superior Court for Grays Harbor County, Nos. 84–1–00097–2, 82–1–00154–9, John H. Kirkwood and John W. Schumacher, JJ., entered September 24 and October 29, 1984. *Affirmed* by unpublished opinion per Munson, J., concurred in by McInturff, A.C.J., and Thompson, J.